No. 3515.—Agrait Aldea et al., Apldos., *v.* Saldaña, Secretario Ejecutivo, Demandado y San Millán et al., Interventores-Apltes. — C. D. San Juan, Distrito 2º. Enero 28, 1925.

Por cuanto, los apelados solicitaron la desestimación del

recurso y señalada la vista de la moción para el 26 de enero actual fueron oídos los informes de los respectivos abogados de las partes y además han sido examinados los autos;

POR CUANTO, se trata de un auto de *mandamus* para que se ordene al Secretario Ejecutivo de Puerto Rico la impresión en la papeleta electoral de la candidatura en la que figuran los apelados para los cargos municipales de Arecibo para ser electos en las elecciones generales últimamente celebradas.

POR CUANTO, la sentencia de la corte inferior ordenó certificar a dicho funcionario la referida candidatura al Superintendente Insular de Elecciones para ser impresa en la papeleta electoral que debía utilizarse en dichas elecciones generales;

POR CUANTO, es de conocimiento judicial la celebración de las elecciones generales que tuvieron lugar el 4 de noviembre de 1924, y se ha admitido que la repetida candidatura de los apelados fué impresa y electos dichos apelados para los cargos que fueron designados;

POR CUANTO, celebradas dichas elecciones, carece este pleito de finalidad práctica, toda vez que dentro de la petición de *mandamus* el demandado no podrá ser compelido por falta de objeto, a cumplir la pretensión de los apelantes ni menos podría quedar sujeto por incumplimiento del mandato a ser procesado por desacato;

POR TANTO, se resuelve declarar con lugar la moción de los apelados y en su consecuencia *se desestima el recurso.*